**Milo W. BEKINS et al. v. LINDSAY-STRATHMORE IRRIGATION DISTRICT.**

No. 8221.

Circuit Court of Appeals, Ninth Circuit.

April 5, 1937.

W. Coburn Cook, of Turlock, Cal., for appellants.

Hankins & Hankins, of San Francisco, Cal., A. L. Cowell, of Stockton, Cal., and Jas. R. McBride, of Lindsay, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.
Upon consideration of motion of appellants to dispense with printing of transcript, advance cause for hearing, etc., and oral presentation of motion by counsel for respective parties, ordered motion granted, that a decree of reversal providing for remand of cause with instructions to lower court to enter a decree dismissing the cause be filed and entered; mandate of this court to issue as provided in Rule 32.

**Charles T. BINGHAM and Charles E. Bingham, etc., Appellants, v. OSAKA SHOSEN KAISHA, Appellee.**

No. 245.

Circuit Court of Appeals, Second Circuit.

March 1, 1937.

Hatch & Wolfe, of New York City (Carver W. Wolfe and Rolf T. Michelsen, both of New York City, of counsel), for appellants.

Crawford & Sprague, of New York City (George C. Sprague and Nicholas J. Healy, III, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree (12 F.Supp. 35), affirmed.

**Carl BOSTIC, Appellant, v. UNITED STATES of America, Appellee.**

No. 7654.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1937.

W. B. Bartels, of Columbus, Ohio, for appellant.

Francis C. Canny, of Cincinnati, Ohio, for the United States.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.
It appearing to the court that the appeal in this cause has been abandoned, it is ordered that the appeal be, and the same is, docketed and dismissed, the costs to be charged against the government as constructive earnings.